# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OSCAR A. AQUINO-MENENDEZ,<br><br>　　　　Defendant | Case No.: 21CR2466-JLS<br><br>**ORDER** |

**FOR GOOD CAUSE**, the parties' joint motion for a continuance of the Motion Hearing/Trial Setting is hereby GRANTED.  The Motion Hearing/Trial Setting is continued from October 15, 2021 to November 19, 2021, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  October 13, 2021

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge